UNITED STATES DISTRICT COURT
TENNESSEE EASTERN DISTRICT COURT
AT KNOXVILLE

CASE NO.: 3:23-cv-00412

STEVEN LAMONT MARKOS,

        Plaintiff,

v.

ROCKY TOP ADVENTURE RENTALS
CORPORATION,

        Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff, STEVEN LAMONT MARKOS, by and through his undersigned counsel, brings this Complaint against Defendant, ROCKY TOP ADVENTURE RENTALS CORPORATION, for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff, STEVEN LAMONT MARKOS ("Markos"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Markos's original copyrighted Work of authorship.

2. Markos owns and operates the website, National Park Planner, located at the URL www.npplan.com. Markos started National Park Planner in 2014 to bring to the public first-hand coverage of the 400-plus parks that make up America's National Park System, including summaries of the parks' amenities and professional photographs of the terrain.

3. Defendant Rocky Top Adventure Rentals Corporation ("Rocky Top") is a family owned & operated rental business located in Gatlinburg, TN. Its business involves renting out UTVs, Slingshots, and Jeeps for patrons to utilize during their visit in the Great Smoky

Mountains. At all times relevant herein, Rocky Top owned and operated the internet website located at the URL https://www.rockytopadventurerentals.com/ (the "Website").

4. Markos alleges that Defendant copied his copyrighted Work from the internet in order to advertise, market and promote its business activities. Rocky Top committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Tennessee.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Rocky Top engaged in infringement in this district, Rocky Top resides in this district, and Rocky Top is subject to personal jurisdiction in this district.

## DEFENDANT

9. Rocky Top Adventure Rentals Corporation is a Tennessee Corporation, with its principal place of business at 544 East Pkwy., Gatlinburg, TN 37738 and can be served by serving its Registered Agent, Rocky Top Adventure Rentals Corp., at 544 E. Pkwy., Gatlinburg, TN 37738.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2021, Markos created the photograph entitled "Smokies-623", which is shown below and referred to herein as the "Work".



11. Markos registered the Work with the Register of Copyrights on March 31, 2021, and was assigned registration number VA 2-246-820. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Markos's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work, in perspective, orientation, positioning, lighting, and other details, is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Markos was the owner of the copyrighted Work.

## INFRINGEMENT BY ROCKY TOP

14. Rocky Top has never been licensed to use the Work for any purpose.

15. On a date after the Work was created, but prior to the filing of this action, Rocky Top copied the Work.

16. On or about July 28, 2022, Markos discovered the unauthorized use of his Work on a Facebook account at the following URL:

https://www.facebook.com/rockytopadventurerentals/photos/pb.100063683794929.-2207520000../4744369768996413/?type=3.

3
**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK
Case 3:23-cv-00412-KAC-DCP   Document 1   Filed 11/15/23   Page 3 of 6   PageID #: 3

17. Rocky Top copied Markos's copyrighted Work without Markos's permission or authority.

18. After Rocky Top copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its business of renting vehicles.

19. Rocky Top copied and distributed Markos's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Rocky Top committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Markos never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Markos notified Rocky Top of the allegations set forth herein on August 09, 2022, and August 25, 2022. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Markos incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Markos owns a valid copyright in the Work at issue in this case.

25. Markos registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Rocky Top copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Markos's authorization in violation of 17 U.S.C. § 501.

27. Rocky Top performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Markos has been damaged.

30. The harm caused to Markos has been irreparable.

**WHEREFORE,** the Plaintiff STEVEN LAMONT MARKOS prays for judgment against the Defendant ROCKY TOP ADVENTURE RENTALS CORPORATION that:

    a. Rocky Top and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Rocky Top be required to pay Markos his actual damages and Defendant's profits attributable to the infringement, or, at Markos' election, statutory damages, as provided in 17 U.S.C. § 504

    c. Markos be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Markos be awarded pre- and post-judgment interest; and

    e. Markos be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Markos hereby demands a trial by jury of all issues so triable.

DATED: November 15, 2023    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel@sriplaw.com
/s/ Faith Beckworth

FAITH BECKWORTH
faith.beckworth@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Steven LaMont Markos*